NO. 07-01-0472-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 11, 2002
_____

LEONE PLUMMER,

Appellant

v.

CHARLENE J. REEVES,

Appellee
_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 37,904-C; HON. PATRICK A. PIRTLE, PRESIDING
_____

Before QUINN and REAVIS, JJ. and BOYD, SJ.[1]

Appellant Leone Plummer filed a notice of appeal on November 27, 2001. The clerk's and reporter's records were filed on September 18, 2002, and Plummer's brief was due to be filed on October 18, 2002. It was not filed but instead Plummer's husband, who is not a licensed attorney, purported to represent her by seeking an extension of time to file the brief. On November 13, 2002, this court requested Plummer and her husband to

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. TEX. GOV'T CODE ANN. §75.002(a)(1) (Vernon Supp. 2002).

show proof he was a licensed attorney. In response, we received a document entitled "Appeals Brief" signed by Plummer's husband.

By letter dated November 25, 2002, we notified Plummer that the brief had been struck because her husband lacked the legal authority to act on her behalf. So too did we order Plummer to file her brief on or before December 9, 2002, or the appeal would be dismissed. No brief or other response has been received.

Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 38.8(a)(1) for want of prosecution.

Per Curiam

Do not publish.